**Robert J. Beles** (Bar No. 41993)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Defendant Jesus Magallanes*

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br>　vs.<br><br>JESUS MAGALLANES,<br><br>　　　　　*Defendant*. | No. 10-CR-00112-DLJ<br><br>STIPULATION AND ORDER CONTINUING CHANGE OF PLEA/FURTHER STATUS CONFERENCE<br><br>Date: July 16, 2010<br>Time: 9:00 a.m.<br>Hon. D. Lowell Jensen |

**STIPULATION FOR CONTINUANCE OF
CHANGE OF PLEA/FURTHER STATUS CONFERENCE**

It is hereby stipulated and agreed to between the United States of America through CYNTHIA LEWIS STIER, Assistant United States Attorney, and defendant, JESUS MAGALLANES, by and through his respective counsel, that the change of plea/further status conference in the above-captioned matter set for Friday, July 16, 2010, be continued to Friday, July 30, 2010, at 9:00 a.m.

The parties further stipulate that the time period from Friday, July 16, 2010, up to and including the new change of plea/further status conference date of Friday, July 30, 2010, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that defense counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h) (7) (B) (iv). Specifically, defendant agrees that his counsel needs additional time to continue discussions with the government regarding potential resolution of the case, review produced discovery in the case, and effectively evaluate the posture of the case and potentially prepare for trial. See id.

1  For these reasons, the defendant, defense counsel, and the government stipulate and agree that the
2  interests of justice served by granting this continuance outweigh the best interests of the public and the
3  defendant in a speedy trial.  18 U.S.C. § 3161 (h) (7) (B) (iv); 18 U.S.C. § 3161 (h) (7) (B) (ii).

4

5                                                                      Respectfully Submitted,

6

7  DATE: July 12, 2010                              By:    /s/   Robert J. Beles
                                                           ROBERT J. BELES
8                                                          Counsel for Jesus Magallanes

9
   DATE: July 12, 2010                              By:    /s/   Cynthia Lewis Stier
10                                                         CYNTHIA LEWIS STIER
                                                           Assistant U.S. Attorney
11

12  **IT IS SO ORDERED.**

13

14  **Dated:  July 13, 2010**

15

16                                                         _____
                                                           D. LOWELL JENSEN
17                                                         UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28                                                   2

**STIPULATION AND ORDER CONTINUING CHANGE OF PLEA/FURTHER STATUS CONFERENCE**